UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRUSTEES OF THE INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL NO. 90 PENSION
FUND; TRUSTEES OF THE INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL NO. 90 BENEFIT FUND;
TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL NO. 90 ANNUITY FUND;
TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL NO. 90 JOINT APPRENTICESHIP
AND TRAINING COMMITTEE; TRUSTEES OF THE NATIONAL
LABOR MANAGEMENT COOPERATION FUND; TRUSTEES OF THE
CONNECTICUT CHAPTER OF THE LABOR MANAGEMENT
COOPERATION COMMITTEE; THE CONNECTICUT
CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION and INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 90.

    Plaintiffs

        v.                    3:10CV1060(WWE)

LATEC, LLC

    Defendant

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of plaintiffs' motion for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On March 4, 2011, a default under Rule 55(a) Federal Rules of Civil Procedure entered against the defendant. On June 6, 2011, an Order was entered granting the plaintiffs' motion for default judgment against the defendant for delinquent contributions in the amount of $142,169.29, audit costs in the amount of $4,438.70, interest in the amount of $17,060.31, costs in the amount of $481.00 and attorney's fees in the amount of $787.50.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiffs Trustees of the International Brotherhood of Electrical Workers Local No. 90 Pension fund; Trustees of the International Brotherhood of Electrical Workers Local No. 90 Benefit Fund; Trustees of the International Brotherhood of Electrical Workers Local No. 90 Annuity Fund; Trustees of the International Brotherhood of Electrical Workers Local No. 90 Joint Apprenticeship And Training Committee; Trustees of the National labor Management Cooperation Fund; Trustees of the Connecticut Chapter of The Labor Management Cooperation Committee; The Connecticut Chapter of the National Electrical Contractors Association and International Brotherhood of Electrical Workers Local Union No. 90 against the defendant Latec, LLC for a total judgment of $164,936.80 and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of June 2011.

ROBERTA D. TABORA, Clerk

By _____/s/_____
Deborah A. Candee
Deputy Clerk

Entered on the Docket_____