UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


FILED
2011 AUG 24 P 12: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA       :

v.                             :       Case No. 3:10 CV 1060 (WWE)

W. Andrew DeBeatham :
     **Defendant**

### RELEASE ON PERSONAL RECOGNIZANCE

**IT IS ORDERED** that the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the Court, Pretrial Services, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant shall not leave the District of Connecticut without receiving prior permission from the Court.

(4) The defendant shall appear at all proceedings related to this case as required and shall surrender for the service of any sentence imposed as directed. The defendant shall next appear (or as Notified) on: 8/31/2011 @ 12:30 pm.

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I agree to appear as directed and to surrender for service of any sentence imposed.

This bond is signed on __8/23/11__ at

Defendant: _(signed)_

Address: East Hartford

Telephone: _____

Signed and acknowledged before me on

_(signed)_

Approved: /s/ Holly B. Fitzsimmons, USMJ
      Judicial Officer